**Order entered June 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00474-CR

**RASHAD KEITH WADE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00045-M**

## ORDER

Before the Court is appellant's May 24, 2019 motion to supplement the record on appeal.

We **GRANT** appellant's motion. We **ORDER** the Dallas County District Clerk to file, within

**FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the

motion for discovery appellant filed in cause no. F18-75205-M on December 13, 2018.


/s/    LANA MYERS
        JUSTICE